AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Columbia__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>10cv1138 | DATE FILED<br>7/6/2010 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| PLAINTIFF<br>NOVARTIS AG<br>Lichtstrasse 35, CH-4056, Basel Switzerland<br>NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton St., Emeryville, CA 94608 | | DEFENDANT<br>DAVID J. KAPPOS<br>P.O. Box 15667<br>Arlington, VA 22215 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,656,957 | 12/2/2003 | NOVARTIS AG |
| 2 | 6,878,721 | 4/12/2005 | NOVARTIS AG |
| 3 | 7,098325 | 8/29/2006 | NOVARTIS AG |
| 4 | 7,112,673 | 9/26/2006 | NOVARTIS AG |
| 5 | see attached | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Angela D. Caesar | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>7/7/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**10cv1138 RJL**
**NOVARTIS AG, et al v. KAPPOS**

**Additional Patent Numbers:**

| Patent No. | Date of Patent | Holder of Patent |
|---|---|---|
| 7,265,089 | 9/4/2007 | Novartis Vaccines and Diagnostics, Inc. |
| 7,348,353 | 3/25/2008 | NOVARTIS AG |
| 7,423,148 | 9/9/2008 | NOVARTIS AG |
| 7,470,709 | 12/30/2008 | Novartis Vaccines and Diagnostics, Inc. |
| 7,470,792 | 12/30/2008 | NOVARTIS AG |
| 7,534,890 | 5/19/2009 | NOVARTIS AG |
| 7,576,221 | 8/18/2009 | Novartis Vaccines and Diagnostics, Inc. |