# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NOVARTIS AG, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-1138 (ESH) |
| **HON. DAVID J. KAPPOS,** | ) ) | (Consolidated) |
| Defendant. | ) ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 49], it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [ECF No. 35] is **GRANTED IN PART** and **DENIED IN PART**, and defendant's Cross-Motion for Summary Judgment [ECF No. 38] is **GRANTED IN PART** and **DENIED IN PART.**

It is further **ORDERED** that plaintiffs' claims with respect to United States Patent Nos. 6,656,957, 6,878,721, 7,081,532, 7,097,827, 7,098,325, 7,112,673, 7,253,257, 7,265,089, 7,323,451, 7,348,353, 7,423,148, 7,442,388, 7,470,709, 7,516,741, 7,534,890, 7,576,221, 7,687,637, 7,696,216, and 7,776,851 are **DISMISSED** as untimely; and it is further

**ORDERED** that United States Patent Nos. 7,470,792, 7,807,155, 7,968,518, and 7,973,031 are each hereby **REMANDED** to the U.S. Patent & Trademark Office for recalculation of patent term adjustment in a manner consistent with the accompanying opinion.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   November 15, 2012